**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

---

IN RE:

WILLIAM JAMES, JR.                                            Case No: 11-25670-D
ESSIE CLARK JAMES                                             Chapter: 13
    Debtors

---

**MOTION TO ADVANCE MORTGAGE**

---

COME NOW the Debtors, by and through their attorney and moves this Honorable Court to advance their ongoing mortgage payments to resume October 2013. In support of this Motion the Debtor would respectfully state unto this Honorable court as follows:

1. That the instant case was filed June 6, 2011 and confirmed by this Court on August 12, 2011.

2. That during the months of July, August and September 2013, the enrollment in their daycare center declined to the point where they were unable to make plan payments.

3. That debtors will resume full plan payments October 1, 2013.

WHEREFORE PREMISES CONSIDERED, DEBTOR PRAYS:

1. That the ongoing mortgage payments be advanced to resume October 8, 2013;

2. That the mortgage creditor Acqura Loan Services be allowed to file an amended proof of claim for the increased arrearage;

3. That the Chapter 13 Trustee modify plan payments accordingly;

4. For such further relief as this Court deems appropriate.

                                Respectfully Submitted,

                                /s/Janet M. Lane
                                Janet M. Lane #014634
                                119 Racine, Ste. 200-C
                                Memphis, TN 38111
                                (901) 219-810

## CERTIFICATE OF SERVICE

This is to certify that on this day, September 17, 2013, I have served a copy of this pleading by U.S. Mail and/or electronically upon:

/s/Janet M. Lane

Debtor
Debtor's Attorney

Acqura Loan Services
P.O. Box 20273
Dallas, TX 75320-2743

George W. Stevenson, Chapter 13 Trustee