**Dated: October 18, 2013**
**The following is SO ORDERED:**

_____
Paulette J. Delk
**UNITED STATES BANKRUPTCY JUDGE**

_____

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT
WESTERN DIVISION
_____

IN RE:
WILLIAM JAMES, JR.                      Case No: 11-25670-D
ESSIE CLARK JAMES                       Chapter: 13
   Debtors
_____

ORDER ON MOTION TO ADVANCE MORTGAGE
_____

The motion of the debtor for an Order allowing their ongoing mortgage payments to resume October 8, 2013, having come for a hearing before the Court on October 15, 2013 after notice to all interested parties and with no objections therefrom, and after the Court having considered the motion, the record herein and being advised, it is Ordered that:

1) The debtor's motion is granted;

2) The mortgage creditor, Acqura Loan Services, is to file an amended proof of claim for the increased arrearage;

3) The Chapter 13 Trustee will resume the mortgage with the October 2013 payment.

Prepared and submitted by:
/s/Janet M. Lane____
Janet M. Lane, BPR No. 014634
Attorney for Debtor
119 Racine St., Suite 200C
Memphis, Tennessee 38111


/s/ George W. Stevenson
Chapter 13 Trustee

## CERTIFICATE OF SERVICE

This is to certify that on this day, October 15, 2013, I have served a copy of this pleading by U.S. Mail and/or electronically upon:

/s/Janet M. Lane

Debtor
Debtor's Attorney

Acqura Loan Services
P.O. Box 20273
Dallas, TX 75320-2743

George W. Stevenson, Chapter 13 Trustee